**United States Bankruptcy Court**
**District of South Dakota**

Charles L. Nail, Jr.
Bankruptcy Judge



Federal Building and United States Post Office	Telephone: (605) 224-0560
225 South Pierre Street, Room 211	Fax: (605) 224-9020
Pierre, South Dakota 57501-2463

April 10, 2007

Terry J. Sutton, Esq.
Attorney for Debtor
Post Office Box 1053
Watertown, South Dakota  57201

First Bank & Trust
Attn:  Dorrie DeGraaff
Post Office Box 5057
Brookings, South Dakota  57006

    Subject:    ***In re Wade T. Rudebusch***
                           Chapter 13; Bankr. No. 06-10071

Dear Mr. Sutton and Ms. DeGraaff:

      The matter before the Court is the Application for Compensation and Reimbursement for Expenses filed by Attorney Terry J. Sutton on March 7, 2007. This is a core proceeding under 28 U.S.C. § 157(b)(2).  This letter decision and subsequent order shall constitute the Court's findings and conclusions under Fed.Rs.Bankr.P. 7052 and 9014.  As set forth below, Attorney Sutton's application will be approved.

      First Bank & Trust was the only creditor or other party in interest to object to Attorney Sutton's application.  The sum and substance of First Bank & Trust's objection was it did not feel it was obligated to pay the attorney fees, sales tax, and reimbursement of expenses requested by Attorney Sutton.  First Bank & Trust is not obligated to do so.  Debtor will pay any attorney fees, sales tax, and reimbursement of expenses approved by the Court according to the terms of his confirmed chapter 13 plan.

      There being no other objections to Attorney Sutton's application,  Attorney Sutton will be awarded $1,515.00 as compensation for services, $81.90 for sales tax thereon, and $379.80 for reimbursement of expenses, for a total award of $1,976.70.

*Re: Wade T. Rudebusch*
April 10, 2007
Page 2

From this total, Attorney Sutton's $750.00 retainer shall be deducted. The balance of $1,226.70 shall be paid by Chapter 13 Trustee Dale A. Wein pursuant to the terms of Debtor's confirmed plan. The Court will enter an appropriate order.

                          Sincerely,

                          Charles L. Nail, Jr.
                          Bankruptcy Judge

CLN:sh

CC:   case file (docket original; serve copies on parties in interest)

On the above date, a copy of this document was mailed or faxed to the parties shown on the attached Service List.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

Wade T. Rudebusch
410 8th Ave NE
Watertown, SD 57201

Terry J. Sutton
PO Box 1053
Watertown, SD 57201-6053

Dale A. Wein
Bankruptcy Trustee
PO Box 1329
Aberdeen, SD 57402-1329

First Bank & Trust
Attn: Dorrie DeGraaff
PO Box 5057
Brookings, SD 57006

Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321